UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES THOMAS,

    Plaintiff,

v.                            Case No. 12-10372

SEARS, ROEBUCK, AND CO.,

    Defendant.
                                      /

### ORDER OF VOLUNTARY DISMISSAL

Plaintiff initiated this action on January 27, 2012, and Defendant has yet to answer the complaint or file any motions. On March 21, 2012, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: March 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2012, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522