**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

CHARLES THOMAS,

     Plaintiff,

v.                                                                                          Case No. 12-10372

SEARS, ROEBUCK, AND CO.,

     Defendant.
                                                   /

**ORDER OF VOLUNTARY DISMISSAL**

     Plaintiff initiated this action on January 27, 2012, and Defendant has yet to answer the complaint or file any motions.  On March 21, 2012, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity.  Accordingly,

     IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2012, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-10372.THOMAS.VoluntaryDismissal.jrc.wpd